STATE of Missouri, Respondent,

v.

Thomas Anthony WORTHY, Appellant.

Thomas Anthony WORTHY, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 63933, 67487.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 26, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 20, 1996.

Application to Transfer Denied March 26, 1996.

Judith C. LaRose, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMITH, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

### ORDER

PER CURIAM.

Thomas Anthony Worthy appeals the judgment sentenced upon his conviction by a jury of first degree murder, first degree assault, and two counts of armed criminal action. He

* The trial court's written judgment indicates de-

also appeals the denial of his Rule 29.15 motion for post-conviction relief. We affirm.

An extended opinion would serve no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is affirmed pursuant to Rules 84.16(b) and 30.25(b).